ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona

DAVID A. PIMSNER
Arizona State Bar No. 007480
TODD M. ALLISON
Arizona State Bar No. 026936
Assistant United States Attorneys
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: David.Pimsner@usdoj.gov
Email: Todd.Allison@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>Jian Fun Tso,<br>a.k.a. Steven Tso,<br><br>Defendant. | Magistrate No. 19-7026 MHB<br><br>**MOTION TO SEAL<br>CRIMNAL COMPLAINT**<br><br>**(Filed Under Seal)** |

The United States of America, by and through undersigned counsel, moves this Court for an Order sealing the Criminal Complaint, the Statement of Probable Cause of HSI Special Agent Jeremy Kiser, and the Motion and Order to Seal filed in this matter on the grounds that disclosure would not be in the interest of justice.

///

///

///

Based on the facts detailed in the Statement of Probable Cause, there is reason to believe that premature disclosure of the Criminal Complaint and supporting documents would alert the defendant and other coconspirators to the criminal charges, thus giving them an opportunity to destroy evidence, notify additional coconspirators, and evade arrest and prosecution.

Respectfully submitted this 15th day of January, 2019.

ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona

DAVID A. PIMSNER
TODD M. ALLISON
Assistant United States Attorneys