ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona
DAVID PIMSNER
Assistant U.S. Attorney
Arizona State Bar No. 007480
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona  85004
Telephone:  602-514-7500
Email: david.pimsner@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>Jian Fun Sun,<br>a.k.a. Steven Tso,<br><br>　　　　Defendant. | Magistrate No. 19-7026 MB<br><br>**MOTION TO UNSEAL MAGISTRATE JUDGE CASE AND TO SEAL THE COMPLAINT AND SUPPORTING PROBABLE CAUSE STATEMENT**<br><br>**(Filed Under Seal)** |

The United States of America, by and through undersigned counsel, moves this Court for an Order generally unsealing Magistrate Case No. 19-7026; however, pursuant to District of Arizona, General Order 16-05, the United States asks the Court to order the Complaint, the supporting Probable Cause Statement, and this Motion and Order filed in this matter remain under seal on the grounds that disclosure would not be in the best interest of justice.  On January 22, 2019, the Grand Jury returned an Indictment against the defendant.  As of the date of this Motion, the Indictment has not yet been publicly filed. The Complaint and supporting Probable Cause Statement discuss and identify the defendant's coconspirators and their involvement in the charged conspiracy.  The investigation is ongoing, and disclosure of the Complaint and supporting Probable Cause Statement may lead to the destruction of evidence and/or flight by the other subjects of the investigation.

It is not expected that excludable delay under 18 U.S.C. § 3161(h) will occur as a

1 | result of this motion or an order based thereon.
2 | Respectfully submitted this 23rd day of January 2019.

ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona

*/s/ David Pimsner*

DAVID PIMSNER
Assistant U.S. Attorney