___ FILED        ___ LODGED
___ RECEIVED     ___ COPY

JAN 2 2 2019

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ M  DEPUTY

REDACTED FOR
PUBLIC DISCLOSURE

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CR-19-00088-PHX-SPL (MHB) |
| Plaintiff, | **INDICTMENT** |
| vs. | VIO: |
| | 50 U.S.C. § 1705(a) and (c); |
| Jian Fun Tso, | 15 C.F.R. §§ 742.4, 764.2, 774, Supp. No. 1 |
| a.k.a Steven Tso, | (Conspiracy; International Emergency Economic Powers Act and the Export Control Reform Act) |
| Defendant. | Count 1 |
| | 18 U.S.C. § 554(a) |
| | (Smuggling Goods from the United States) |
| | Count 2 |
| | 18 U.S.C. § 1956(h) |
| | (Conspiracy to Commit Money Laundering) |
| | Count 3 |
| | 18 U.S.C. § 1956(a)(2)(A) |
| | Money Laundering |
| | Counts 4-7 |
| | 18 U.S.C. §§ 981 and 982, |
| | 21 U.S.C. §§ 853 and 881, and |
| | 28 U.S.C. § 2461(c) |
| | (Forfeiture Allegation) |

THE GRAND JURY CHARGES:

## <u>COUNT 1</u>

### (Conspiracy; International Emergency Economic Powers Act)

Beginning on or about January 18, 2018, and continuing until on or about January 15, 2019, in the District of Arizona and elsewhere, Jian Fun Tso, a.k.a. Steven Tso, and others unknown, knowingly and willfully agreed, combined, and conspired with each other,

to export, or cause to be exported, from the United States to the People's Republic of China, Cobham radiation-hardened programmable memory microchips, bearing part number 5962R9689109VXC, without having first obtained the required license from the United States Department of Commerce.

In violation of Title 50, United States Code, Section 1705(a) and (c); Title 15, Code of Federal Regulation, Sections 742.4, 764.2, 774, Supp. No. 1; and the Export Control Reform Act of 2018, Pub. L. No. 115-232, tit. 17, subtitle B, 132 Stat. 2208 (2018).

## COUNT 2
### (Smuggling Goods from the United States)

Beginning on or about January 18, 2018, and continuing on or about January 15, 2019, in the District of Arizona and elsewhere, Jian Fun Tso, a.k.a Steven Tso, did knowingly export and send, and attempt to export and send, from the United States, Cobham radiation-hardened programmable memory microchips, bearing part number 5962R9689109VXC, contrary to law and regulation of the United States, that is, the International Emergency Economic Powers Act (IEEPA), Title 50, United States Code, Sections 1705(a) and (c), and the Export Control Reform Act of 2018, Pub. L. No. 115-232, tit. 17, subtitle B, 132 Stat. 2208 (2018).

In violation of Title 18, United States Code, Section 554(a).

## COUNT 3
### (Conspiracy to Commit Money Laundering)

Beginning on or about January 18, 2018, and continuing on or about January 15, 2019, in the District of Arizona and elsewhere, Jian Fun Tso, a.k.a Steven Tso, and others unknown, knowingly agreed, combined, and conspired with each other to transport, transmit, and transfer funds, that is approximately $541,375 in United States dollars, from a place outside the United States, that is, the United Kingdom, to a place in the United States, that is, the District of Arizona, with the intent to promote the carrying on of specified unlawful activity, that is, by exporting, or causing to be exported, from the United States

to the People's Republic of China, items on the United States Department of Commerce's Commerce Controlled List, without having first obtained the required license from the United States Department of Commerce, in violation of the International Emergency Economic Powers Act (IEEPA) and the Export Administration Regulations (EAR).

All in violation of Title 18, United States Code, Section 1956(h).

## COUNT 4
### (Money Laundering)

On or about August 20, 2018, in the District of Arizona and elsewhere, Jian Fun Tso, a.k.a Steven Tso, did knowingly transport, transmit, and transfer funds, that is approximately $99,970 in United States dollars, from a place outside the United States, that is, the United Kingdom, to a place in the United States, that is, the District of Arizona, with the intent to promote the carrying on of specified unlawful activity, that is, by attempting to export, or attempting to cause the export, from the United States to the People's Republic of China, Cobham radiation-hardened programmable memory microchips, bearing part number 5962R9689109VXC, without having first obtained the required license from the United States Department of Commerce, in violation of IEEPA and the EAR.

All in violation of Title 18, United States Code Section 1956(a)(2)(A).

## COUNT 5
### (Money Laundering)

On or about August 22, 2018, in the District of Arizona and elsewhere, Jian Fun Tso, a.k.a Steven Tso, did knowingly transport, transmit, and transfer funds, that is approximately $104,970 in United States dollars, from a place outside the United States, that is, the United Kingdom, to a place in the United States, that is, the District of Arizona, with the intent to promote the carrying on of specified unlawful activity, that is, by attempting to export, or attempting to cause the export, from the United States to the People's Republic of China, Cobham radiation-hardened programmable memory microchips, bearing part number 5962R9689109VXC, without having first obtained the required license from the United States Department of Commerce, in violation of IEEPA,

- 3 -

1   and the EAR.

2        All in violation of Title 18, United States Code Section 1956(a)(2)(A).

3   **COUNT 6**

4   **(Money Laundering)**

5        On or about August 22, 2018, in the District of Arizona and elsewhere, Jian Fun

6   Tso, a.k.a Steven Tso, did knowingly transport, transmit, and transfer funds, that is $59,970

7   in United States dollars, from a place outside the United States, that is, the United

8   Kingdom, to a place in the United States, that is, the District of Arizona, with the intent to

9   promote the carrying on of specified unlawful activity, that is, by attempting to export, or

10  attempting to cause the export, from the United States to the People's Republic of China,

11  Cobham radiation-hardened programmable memory microchips, bearing part number

12  5962R9689109VXC, without having first obtained the required license from the United

13  States Department of Commerce, in violation of IEEPA and the EAR.

14       All in violation of Title 18, United States Code Section 1956(a)(2)(A).

15  **COUNT 7**

16  **(Money Laundering)**

17       On or about January 8, 2019, in the District of Arizona and elsewhere, Jian Fun Tso,

18  a.k.a Steven Tso, did knowingly transport, transmit, and transfer funds, that is

19  approximately $274,965 in United States dollars, from a place outside the United States,

20  that is, the United Kingdom, to a place in the United States, that is, the District of Arizona,

21  with the intent to promote the carrying on of specified unlawful activity, that is, by

22  attempting to export, or attempting to cause the export, from the United States to the

23  People's Republic of China, Cobham radiation-hardened programmable memory

24  microchips, bearing part number 5962R9689109VXC, without having first obtained the

25  required license from the United States Department of Commerce, in violation of IEEPA

26  and the EAR.

27       All in violation of Title 18, United States Code Section 1956(a)(2)(A).

28

- 4 -

1

**FORFEITURE ALLEGATION**

2      The Grand Jury realleges and incorporates the allegations of Counts 1 through 7 of

3 this Indictment, which are incorporated by reference as though fully set forth herein.

4      Pursuant to Title 18, United States Code, Sections 981 and 982; Title 21, United

5 States Code, Sections 853 and 881; and Title 28, United States Code, Section 2461(c); and

6 upon conviction of one or more of the offenses alleged in Counts 1 through 7 of this

7 Indictment, the defendant shall forfeit to the United States of America all right, title, and

8 interest in (a) any property constituting, or derived from, any proceeds the persons

9 obtained, directly or indirectly, as the result of the offense, and (b) any of the defendant's

10 property used, or intended to be used, in any manner or part, to commit, or to facilitate the

11 commission of such offense, including:

12          a.  Fifteen sealed boxes purportedly containing Cobham DESCO Industries

13              Microchips bearing part number 5962R9689109VXC; and

14          b.  $10,000 U.S. Currency.

15      If any of the forfeitable property, as a result of any act or omission of the

16 defendant(s):

17          (1) cannot be located upon the exercise of due diligence,

18          (2) has been transferred or sold to, or deposited with, a third party,

19          (3) has been placed beyond the jurisdiction of the court,

20          (4) has been substantially diminished in value, or

21          (5) has been commingled with other property which cannot be divided without

22 difficulty,

23 it is the intent of the United States to seek forfeiture of any other property of said

24 defendant(s) up to the value of the above-described forfeitable property, pursuant to Title

25 21, United States Code, Section 853(p).

26      All in accordance with Title 18, United States Code, Sections 981 and 982; Title 21,

27 United States Code, Sections 853 and 881; Title 28, United States Code Section 2461(c);

28

1    and Rule 32.2, Federal Rules of Criminal Procedure.

2                                          A TRUE BILL

3

4                                          _____/S/_____
                                           FOREPERSON OF THE GRAND JURY

5                                          Date:  January 22, 2019

6    ELIZABETH A. STRANGE
     First Assistant United States Attorney
7    District of Arizona

8

9         _____/S/_____
     DAVID A. PIMSNER
10   TODD M. ALLISON
     Assistant United States Attorneys

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28