**SUZUKI LAW OFFICES**
Attorneys at Law
Richard J. Suzuki, Esq. No. 021348
Brad D. Smith, Esq. No. 021597
Michael D. Rothman, Esq. No. 032161
Seth Apfel, Esq. No. 032225
Colin D. O'Sullivan, Esq. No 032221
2929 E. Camelback Rd. Ste. 224
Phoenix, Arizona 85016
Phone: (602) 682-5270
Fax: 480-907-1571
Attorneys@suzukilawoffices.com

Attorneys for Defendant *Tso*

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | Case No.: **2:19-cr-00088-SPL** |
| Plaintiff, | **MOTION FOR SUBSTITION OF COUNSEL** |
| vs. | |
| Jian Fun Tso, | (In Custody) |
| Defendant | |

IT IS HEREBY STIPULATED by and between, present counsel, Jane L. McClellan, Federal Public Defender's Office for Jian Fun Tso, and Richard J. Suzuki, of **SUZUKI LAW OFFICES,** that Richard J. Suzuki be substituted as attorney of record for Defendant Jian Fun Tso, to represent him in all further proceedings before this Court.

RESPECTFULLY SUBMITTED this 14th day of May, 2019.

By /s/ Jane McClellan  
Jane L. McClellan  
Federal Public Defenders Office  
850 W. Adams Street, Ste 201  
Phoenix, AZ 85007

By /s/ Richard J. Suzuki  
Richard J. Suzuki, Esq.  
Suzuki Law Offices  
2929 E Camelback Rd. Ste. 224  
Phoenix, AZ 85016

## CONSENT

I, Jian Fun Tso, Defendant in the above-entitled action, hereby consent to the substitution of current counsel, Jane L. McClellan, with Richard J. Suzuki, as my attorney of record for all further proceeding herein.

Date this 13 day of May, 2019.

Jian Fun Tso  
Defendant

# CERTIFICATE OF SERVICE

I hereby certify that on May __14__, 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

HONORABLE STEVEN P. LOGAN
United States District Court
401 W. Washington Street, Suite 623
Phoenix, Arizona 85003-2161

DAVID A. PIMSNER
Assistant United States Attorney
United States Attorney's Office
2 Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004

*/s/Richard J. Suzuki*
Richard J. Suzuki, Esq.
Attorneys for Defendant *Tso*