# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-19-00088-01-PHX-SPL |
| Plaintiff, | |
| vs. | **ORDER** |
| Jian Fun Tso, | **(Fifth Request)** |
| Defendant. | |

Upon motion of the defendant and no objection by the government and good cause appearing,

**IT IS ORDERED** granting the Defendant's Motion to Continue Trial for 60 Days and Extend Time to File Pretrial Motions (Doc. 42) for the reasons stated in the defendant's motion including that defense counsel needs additional time to prepare for trial.

This Court specifically finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. This finding is based upon the Court's conclusion that the failure to grant such a continuance would deny the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv).

**IT IS FURTHER ORDERED** continuing the trial from November 5, 2019 to **January 7, 2020 at 9:00 a.m.** and continuing the pretrial motion deadline until **December 13, 2019**.

**IT IS FURTHER ORDERED** that if any subpoenas were previously issued and served in this matter, that they remain in effect and are answerable at the new trial date and the party who served the subpoena should advise the witnesses of the trial date.

The Court finds excludable delay under 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) from 11/6/2019 to 1/7/2020.

Dated this 11th day of October, 2019.

Honorable Steven P. Logan
United States District Judge