**SUZUKI LAW OFFICES**
Attorneys at Law
Richard J. Suzuki, Esq. No. 021348
Brad D. Smith, Esq. No. 021597
Michael D. Rothman, Esq. No. 032161
Seth Apfel, Esq. No. 032225
Colin D. O'Sullivan, Esq. No. 032221
2929 E. Camelback Rd. Ste. 224
Phoenix, Arizona 85016
Phone: (602) 682-5270
Fax: 480-907-1571
Attorneys@suzukilawoffices.com

Attorneys for Defendant *Tso*

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Jian Fun Tso,<br><br>　　　　Defendant | Case No.: **2:19-cr-00088-SPL**<br>(Defendant is in Custody)<br><br>**MOTION TO CONTINUE TRIAL FOR 60 DAYS AND EXTEND TIME TO FILE PRETRIAL MOTIONS**<br><br>(Sixth Request) |

COMES NOW Defendant, Jian Fun Tso, by and through undersigned counsel, respectfully moves this Court for an Order continuing the December 13, 2019 Pretrial Motions Deadline and the January 7, 2019 at 9:00 a.m. Trial Date for a period of sixty (60) days.

This Motion is necessary for the following reasons:

1) Defense Counsel would like additional time to continue the ongoing discussions with the Government.

2) Assistant United States Attorney David A. Pimsner has been contacted and has no objection to the continuance.

It is therefore respectfully requested that the January 7, 2019 at 9:00 a.m. trial date be continued for a period of sixty (60) days.

Excludable delay under U.S.C. 3161(h)(7)(A) may result from this motion

RESPECTFULLY SUBMITTED this 12th day of December, 2019.

**SUZUKI LAW OFFICES**

*/s/ Seth Apfel*
Seth Apfel, Esq,
Attorneys for Defendant *Tso*

# CERTIFICATE OF SERVICE

I hereby certify that on December 12, 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

**Honorable Steven P. Logan**
United States District Court
401 W. Washington Street
Phoenix, Arizona 85003-2161
logan_chambers@azd.uscourts.gov

**David A. Pimsner**
Assistant United States Attorney
United States Attorney's Office
2 Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
david.pimsner@usdoj.gov

/s/ *Seth Apfel*
Seth Apfel, Esq.
Attorneys for Defendant *Tso*